IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMOS CHAIRS, A-90420,

    Plaintiff,

v.

WEXFORD HEALTHCARE, INC.,
ET AL,

    Defendants.

Case No. 3:21-cv-00244 -SPM

## MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

For the reasons stated in the merit review order (Doc. 12) and pursuant to pursuant to 28 U.S.C. § 1915 (e)(1) and Local Rule 83.1(i) and 83.9(b), attorney Molly E. Wehking Price, Hassakis & Hassakis, P.C., located at 206 South 9th Street, Mt. Vernon, Illinois, 62864, is **ASSIGNED** to represent Plaintiff, Amos Chairs, in this civil rights case. On or before **April 18, 2022,** assigned counsel shall enter her appearance in this case. Attorney Molly Price is free to share responsibilities with an associate who is also admitted to practice in this district court. Assigned counsel, however, must enter the case and shall make first contact with Plaintiff Amos Chairs explaining that an associate may also be working on the case. Amos Chairs should wait for his attorney to contact him in order to allow counsel an opportunity to review the court file.

The Clerk of Court is **DIRECTED** to transmit this Order and copies of the docket sheet and Docs. 1 and 12 to attorney Molly E. Wehking Price. The electronic case file is available through the CM-ECF system.

Now that counsel has been assigned, Plaintiff Amos Chairs **shall not** personally file anything in this case, except a pleading that asks that he be allowed to have counsel withdraw from representation. If counsel is allowed to withdraw at the request of Amos Chairs there is no guarantee the Court will appoint other counsel to represent him.

Counsel is **ADVISED** to consult Local Rules 83.8-83.14 regarding *pro bono* case procedures.

Plaintiff Amos Chairs and his counsel are **ADVISED** that, because Amos Chairs is proceeding *in forma pauperis*, if there is a monetary recovery in this case (either by verdict or settlement), any unpaid out-of-pocket costs must be paid from the proceeds. *See* SDIL-LR 3.1(c)(1). If there is no recovery in the case (or the costs exceed any recovery), the Court has the discretion to reimburse expenses.

Section 2.6 of this Court's Plan for the Administration of the District Court Fund provides for a degree of reimbursement of *pro bono* counsel's out-of-pocket expenses, as funds are available. The Plan can be found on the Court's website, as well as the form motion for out-of-pocket expenses and an Authorization/Certification for Reimbursement. Any motion for reimbursement must be made within **30 days** from the entry of judgment, or reimbursement will be waived. *See* SDIL-LR 83.13. The funds available for this purpose are limited, however, and counsel should use the utmost care when incurring out-of-pocket costs. In no event will funds be reimbursed if the expenditure is found to be without a proper basis. The Court has no authority to pay attorney's fees in this case. No portion of a partial filing fee assessed pursuant to 28 U.S.C. § 1915 will be reimbursed. Assigned counsel may move for an exemption from PACER fees for this case.

The district court has entered into an agreement with attorney Alan Mills and the Uptown People's Law Center to consult with lawyers on issues in these cases, including substantive and procedural questions (both legal and practical) and dealing with the client. Mr. Mills can be reached by email at alan@uplcchicago.org. He can also be reached by phone at 773-769-1411; however, email is his preferred means of contact. His services are available to counsel free of charge, as long as counsel is representing a prisoner *pro bono* on a case in the district. In addition, the Court's website, www.ilsd.uscourts.gov, includes a guide for attorneys which is available as a

resource. It is listed under "Rules and Forms" as "Guide for Attorneys Recruited to Represent Plaintiffs in Section 1983 Cases." The Court encourages appointed counsel to consult it and Mr. Mills as needed.

As of this date, Plaintiff Amos Chairs' contact information is:

> **AMOS CHAIRS, A-90420**
> **Lawrence Correctional Center**
> **10930 Lawrence Road**
> **Sumner, IL. 62466**

**IT IS SO ORDERED.**

**DATED:     APRIL 4, 2022.**

*Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**
