IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMOS CHAIRS, #A-90420,  Plaintiff,  v.  DR. JOHN TROST, *et al.*,  Defendants. | Case No. 21-cv-00244-SPM |

## NOTICE OF IMPENDING DISMISSAL

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Plaintiff Amos Chairs brought this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. His Amended Complaint (Doc. 38) alleges that Defendants denied him adequate medical care for his serious medical condition, Hepatitis C. At the time of initiating this lawsuit, Plaintiff was an inmate of the Illinois Department of Corrections ("IDOC") and incarcerated at Lawrence Correctional Center ("Lawrence"). Defendants have filed a motion requesting to dismiss this case due to Plaintiff's failure to comply with the orders of the Court instructing him to file a notice within seven days of his change of address. (Doc. 67). They inform the Court that documents recently sent to Plaintiff's current address at Lawrence – the Motion for Summary Judgment, Memorandum in Support, and Rule 56(a) Notice – were returned as undeliverable because Plaintiff was released on parole. Defendants further point out that the deadline to respond to the motion for summary judgment was July 5, 2023, and Plaintiff has failed to respond. Because Plaintiff has failed to file a notice of change of address, Defendants seek dismissal pursuant to Federal Rule of Civil Procedure 41(b).

A review of IDOC's website indicates that Plaintiff was paroled on June 7, 2023. *See* IDOC Individuals in Custody, https://idoc.illinois.gov/offender/inmatesearch.html (last visited July 12, 2023). Plaintiff was previously advised that he has a continuing obligation to keep the Court and each opposing party informed of any change in his address (Doc. 4, 12). He was warned that he was to inform the Court of any change in his address no later than seven days after a transfer or other change in address (Doc. 12, p. 6). He was further warned that failure to comply with the Order could result in the dismissal of his case for lack of prosecution (*Id.*). Plaintiff has not updated his address with the Court since his release, nor has he filed anything with the Court since he filed a motion to compel on February 9, 2023.

Accordingly, **NOTICE IS HEREBY GIVEN** that this case will be dismissed for Plaintiff's failure to update his address and to prosecute his claims unless action is taken within 14 days of this Order. Plaintiff has until **July 26, 2023,** to update his address and indicate his intentions to pursue his claims. Otherwise, his claims will be dismissed for failure to prosecute. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

**DATED:   July 12, 2023**

 *s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**